The order below is hereby signed.

Signed: March 18 2021



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN Re:                                                   :

RAYMOND WALTERS,                          :             Case No. 19-00041 ELG

                                                         :

   Debtor.                                        :             Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMATION ORDER

Upon consideration of the Debtor's Motion filed February 22, 2021, the review of the Trustee, and the court record herein, it is,

**ORDERED**, that the Debtor's Motion filed February 22, 2021 be and the same is hereby GRANTED and the Modified Plan filed as an Exhibit thereto is CONFIRMED, and it is further

**ORDERED**, that this court's confirmation order entered November 25, 2019 be hereby modified as to payments to the trustee to: a lump sum of $57,050 for months 1-26, and then $1965.00 per month for 58 months, and it is further

**ORDERED**, that the plan term be extended to 84 months, pursuant to 11 U.S.C. § 1329(d), and it is further

**ORDERED**, that all other provisions in the Confirmation Order dated November 25, 2019 remain unchanged.

I ASK FOR THIS:

/s/ Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave, Suite 200
McLean, VA  22101


SEEN AND NO OBJECTION:

/s/ Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD  21401
bherr@ch13md.com
*Chapter 13 Trustee*


I HEREBY CERTIFY that the terms of the copy of the order submitted to the court are identical to

those set forth in the original order; and the signatures represented by the /s/_____ on the copy of the order

submitted to the Court reference the agreement of consenting parties obtained on the original order.

/s/ Rebecca A. Herr
Rebecca A. Herr


cc:     Raymond Walters
        5308 Drake Place, SE
        Washington DC  20019
        *Debtor*

        Daniel M. Press, Esq.
        Chung & Press, P.C.
        6718 Whittier Ave, Suite 200
        McLean, VA 22101
        *Attorney for Debtor*

        Rebecca A. Herr
        Chapter 13 Trustee
        185 Admiral Cochrane Drive #240
        Annapolis, MD  21401
        *Trustee*

     All Creditors and Parties on the Mailing Matrix