The order below is hereby signed.

Signed: April 25 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                  :
    Raymond Walters,                 :     Case No. 19-00041-ELG
                                        :     Chapter 13
    Debtor.                          :
                                        :

## ORDER DISMISSING CASE

The Court held a hearing on April 24, 2025, on the Chapter 13 Trustee's Motion to Dismiss Case (ECF 71), where Counsel for the Chapter 13 Trustee and Counsel for Raymond Walters ("Debtor") appeared, but where Debtor failed to appear. The Court having concluded that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) of the United States Bankruptcy Code because of a material default in plan payments by the Debtor with respect to a term of Debtor's confirmed plan and dismissal is in the best interests of creditors and the estate, for the reasons stated on the record. It is, therefore, by the United States Bankruptcy Court for the District of Columbia,

**ADJUDGED**, **ORDERED**, and **DECREED**, that the above-referenced Chapter 13 case be dismissed; and it is further

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §362(a) is hereby terminated.

I ASK FOR THIS:

<u>/s/Rebecca A. Herr</u>
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Trustee*
*Recipients of electronic notifications*

**END OF ORDER**