The order below is hereby signed.

Signed: April 25 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              :
    Raymond Walters,                     :        Case No. 19-00041-ELG
                                                    :             Chapter 13
        Debtor.                          :
                                                    :
_____

### ORDER DISMISSING CASE

The Court held a hearing on April 24, 2025, on the Chapter 13 Trustee's Motion to Dismiss Case (ECF 71), where Counsel for the Chapter 13 Trustee and Counsel for Raymond Walters ("Debtor") appeared, but where Debtor failed to appear. The Court having concluded that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) of the United States Bankruptcy Code because of a material default in plan payments by the Debtor with respect to a term of Debtor's confirmed plan and dismissal is in the best interests of creditors and the estate, for the reasons stated on the record. It is, therefore, by the United States Bankruptcy Court for the District of Columbia,

**ADJUDGED**, **ORDERED**, and **DECREED**, that the above-referenced Chapter 13 case be dismissed; and it is further

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §362(a) is hereby terminated.

I ASK FOR THIS:

/s/Rebecca A. Herr
Rebecca A. Herr
Fed. Bar No. MD0032
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
(301) 805-4700
bherr@ch13md.com

cc:
*Debtor*
*Trustee*
*Recipients of electronic notifications*

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:  Case No. 19-00041-ELG
Raymond Walters  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Apr 25, 2025     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond Walters, 5308 Drake Pl SE, Washington, DC 20019-6036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Raymond Walters dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Lisa Merren Goldblatt | on behalf of Creditor Ashland Capital Fund 2  LLC lisamgoldblatt@gmail.com |
| Mark Meyer | on behalf of Creditor BSI Financial Services  Inc bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Michael J. Klima, Jr. | on behalf of Creditor Credit Acceptance Corp. jklima@peroutkalaw.com  bankruptcy@peroutkalaw.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1      User: admin      Page 2 of 2
Date Rcvd: Apr 25, 2025      Form ID: pdf001      Total Noticed: 1
TOTAL: 6